

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-00593-CR

BOBBY DEWAYNE EVANS, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court of Jefferson County.   (Tr. Ct. No. 12-14438).

**TO THE CRIMINAL DISTRICT COURT OF JEFFERSON COUNTY, GREETINGS:**

Before this Court, on the 31st day of March 2015, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

This case is an appeal from the final judgment signed by the trial court on June 17, 2013, which was transferred by the Supreme Court of Texas to this Court from the Court of Appeals for the Ninth District of Texas. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 31, 2015.

Panel consists of Justices Massengale, Brown, and Huddle.
Opinion delivered by Justice Massengale.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

October 23, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

